IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

ANTOINETTE R. MEDINA,

    Plaintiff,

v.                                                          No. CV 18-762 WJ/CG

NANCY A. BERRYHILL,
Acting Commissioner of the
Social Security Administration,

    Defendant.

## ORDER FOR SERVICE OF PROCESS

**THIS MATTER** is before the Court pursuant to 28 U.S.C. § 1915 and the Court's order granting Plaintiff's *Motion for Leave to Proceed in Forma Pauperis*, (Doc. 6), entered August 13, 2018.

**IT IS THEREFORE ORDERED** that the United States Marshal shall serve a copy of the Summons and Complaint on the United States Attorney, the Attorney General, and the Office of the General Counsel, in accordance with Fed. R. Civ. P. 4(c)(3).

**IT IS SO ORDERED**.

_____
THE HONORABLE CARMEN E. GARZA
CHIEF UNITED STATES MAGISTRATE JUDGE