IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

ANTOINETTE R. MEDINA,

      Plaintiff,

v.                                                        No. CV 18-762 WJ/CG

NANCY A. BERRYHILL,
Acting Commissioner of the
Social Security Administration,

      Defendant.

## ORDER FOR PLAINTIFF TO PROVIDE CONTACT INFORMATION

**THIS MATTER** is before the Court upon review of the record. Plaintiff, Antoinette Medina, has filed this civil action *pro se*, challenging the Social Security Administration's decision denying her application for supplemental security income. (Doc. 1). On September 27, 2018, the Court ordered the Clerk to send Ms. Medina a copy of the *Guide for Pro Se Litigants* and the Local Rules of Civil Procedure. (Doc. 8).

The *Guide for Pro Se Litigants* explains that Ms. Medina's filings should include both a mailing address and a valid telephone number. **IT IS THEREFORE ORDERED** that Ms. Medina will provide the Court with a valid telephone number, and if she wishes, a current email address no later than **December 19, 2018**.

      **IT IS SO ORDERED.**

                                                                  _____
                                                          THE HONORABLE CARMEN E. GARZA
                                                          CHIEF UNITED STATES MAGISTRATE JUDGE