IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

ANTOINETTE R. MEDINA,

    Plaintiff,

v.                                               No. CV 18-762 CG

NANCY A. BERRYHILL,
Acting Commissioner of the
Social Security Administration,

    Defendant.

## ORDER TO SHOW CAUSE

**THIS MATTER** is before the Court on review of the record. On January 7, 2019, the Court ordered Plaintiff Antoinette Medina to file her Motion to Reverse or Remand by March 8, 2019. (Doc. 25). Plaintiff has not timely filed her Motion to Reverse or Remand, inhibiting this case from moving forward. **IT IS THEREFORE ORDERED** that, on or before **March 26, 2019**, Plaintiff shall notify the Court in writing why this case should not be dismissed for want of prosecution.

    **IT IS SO ORDERED.**

_____
THE HONORABLE CARMEN E. GARZA
CHIEF UNITED STATES MAGISTRATE JUDGE