**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO**

ANTOINETTE R. MEDINA,

       Plaintiff,

v.                                      No. CV 18-762 CG

NANCY A. BERRYHILL,
Acting Commissioner of the
Social Security Administration,

       Defendant.

## ORDER QUASHING ORDER TO SHOW CAUSE

**THIS MATTER** is before the Court on its *Order to Show Cause*, (Doc. 27), filed March 12, 2019. The Court ordered Plaintiff to show cause why she had not timely filed a Motion to Reverse or Remand the Administrative Agency's decision by the March 8, 2019 deadline. (Doc. 27). On March 20, 2019, Plaintiff filed her Motion to Reverse or Remand. (Doc. 28).

      **IT IS THEREFORE ORDERED** that the Court's *Order to Show Cause*, (Doc. 27), is **QUASHED**.

_____
THE HONORABLE CARMEN E. GARZA
CHIEF UNITED STATES MAGISTRATE JUDGE